UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

FRANCISCO JAVIER RIQUELME ARANCIBIA,

Plaintiff,

-v-

BARGAIN PLUMBING INC. d/b/a BARGAIN PLUMBING AND HEATING, et al.,

Defendants.

-------------------------------------------------------------------X

26-CV-06403 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On **August 19, 2026**, Defendants Bargain Plumbing Inc. d/b/a Bargain Plumbing and Heating; Bargain Plumbing and Heating LLC; Bargain Services Inc.; and Bargain Trade Services Inc. ("Defendants") were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 6-9. To date, Defendants have failed to appear in this action. No later than **October 5, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if it has any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge