UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

FRANCISCO JAVIER RIQUELME ARANCIBIA,

Plaintiff,

-against-

BARGAIN PLUMBING INC. d/b/a BARGAIN PLUMBING AND HEATING, BARGAIN PLUMBING AND HEATING LLC, BARGAIN SERVICES INC., BARGAIN TRADE SERVICES INC., KUSHTRIM SHALA, SHPAT SHALA, and EDGAR MENDOZA,

Defendants.

---------------------------------------------------------------- X

**No. 26 Civ. 6403 (JAV)**

**(~~Proposed~~) Judgment**

**The Court Orders that:**

Plaintiff Francisco Javier Riquelme Arancibia recover from Defendants Bargain Plumbing Inc. d/b/a Bargain Plumbing and Heating, Bargain Plumbing and Heating LLC, Bargain Services Inc., jointly and severally, the total amount of Sixteen Thousand Dollars and Zero Cents ($16,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 14).

Dated: New York, New York

November 16, 2026

The Clerk of Court is directed to close this case.

**SO ORDERED:**

Jeannette Vargas

Hon. Jeannette A. Vargas
United States District Judge